[This opinion has been published in *Ohio Official Reports* at 85 Ohio St.3d 1205.]

THE STATE OF OHIO, APPELLEE, *v.* SAYLOR, APPELLANT.

[Cite as *State v. Saylor*, 1999-Ohio-453.]

*Appeal dismissed as improvidently allowed—Certification of conflict dismissed as improvidently certified.*

(Nos. 98-2066 and 98-2067—Submitted March 10, 1999—Decided March 31, 1999.)

APPEAL from and CERTIFIED by the Court of Appeals for Butler County, No. CA98-03-053.

————————————

*John F. Holcomb*, Butler County Prosecuting Attorney, *Daniel G. Eichel*, First Assistant Prosecuting Attorney, and *John M. Holcomb*, Assistant Prosecuting Attorney, for appellee.

*Richard E. Saylor, pro se*.

————————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed in case No. 98-2066.

{¶ 2} The certification of conflict is dismissed, *sua sponte*, as having been improvidently certified in case No. 98-2067.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., dissents.

————————————

**LUNDBERG STRATTON, J., dissenting.**

{¶ 3} I would accept this case and require that the matter be briefed and set for oral argument.

————————————